QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for
INTERNATIONAL BUSINESS MACHINES CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INTERNATIONAL BUSINESS MACHINES CORPORATION, <br><br> Defendant. | CASE NO. 5:12-cv-05546-LHK <br><br> **DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765** <br><br> **JURY TRIAL DEMANDED** |

Defendant International Business Machines Corporation ("IBM"), by and through its attorneys, hereby answers the Complaint for Infringement for U.S. Patent Nos. 6,249,868 and 6,594,765 ("Complaint") of Plaintiff SoftVault Systems, Inc ("Plaintiff" or "SoftVault").

**PARTIES**

1. IBM lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the Complaint, and therefore denies them.

2. IBM admits the allegations of paragraph 2 of the Complaint.

**JURISDICTION AND VENUE**

3. IBM admits the allegations of paragraph 3 of the Complaint.

00889.52091/5128635.1

-1-    Case No. 5:12-cv-05546-LHK
DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765

4. IBM does not contest, for purposes of this action, that this Court has personal jurisdiction over IBM and that venue is proper in this Court. IBM denies the remaining allegations contained in paragraph 4 of the Complaint.

**PATENTS IN SUIT**

5. IBM admits that United States Patent No. 6,249,868 BI ("the '868 Patent") entitled "Method and System for Embedded, Automated, Component-Level Control of Computer Systems and Other Complex Systems" indicates on its face that it was issued on June 19, 2001. IBM admits that a copy of the '868 Patent is attached as Exhibit A to the Complaint.

6. IBM admits that United States Patent No. 6,594,765 B2 ("the '765 Patent") entitled "Method and System for Embedded, Automated, Component-Level Control of Computer Systems and Other Complex Systems" indicates on its face that it was issued on July 15, 2003. IBM admits that a copy of the '765 Patent is attached as Exhibit B to the Complaint.

7. IBM admits the allegations of paragraph 7 of the Complaint.

8. IBM lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 8 of the Complaint, and therefore denies them.

**FIRST CLAIM FOR RELIEF**
**(Patent Infringement)**

9. IBM's answers to paragraphs 1-8 are incorporated herein by reference.

10. IBM lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 10 of the Complaint, and therefore denies them.

11. IBM denies the allegations contained in paragraph 11 of the Complaint.

12. IBM denies the allegations contained in paragraph 12 of the Complaint.

13. IBM lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 13 of the Complaint, and therefore denies them.

14. IBM lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph 14 of the Complaint, and therefore denies them.

15. IBM denies the allegations contained in paragraph 15 of the Complaint.

00889.52091/5128635.1

-2-   Case No. 5:12-cv-05546-LHK

DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765

## PRAYER FOR RELIEF

16. IBM denies that Plaintiff is entitled to any of the relief set forth in the Prayer For Relief in the Complaint.

17. IBM denies each and every allegation not specifically admitted in this Answer.

## AFFIRMATIVE DEFENSES

18. Further answering the Complaint, and as additional defenses thereto, IBM asserts the following Affirmative Defenses, without assuming the burden of proof when such burden would otherwise be on Plaintiff.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

19. The Complaint fails to state a cause of action against IBM upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE
### (Non-infringement)

20. No product IBM manufactures, makes, has made, uses, practices, imports, supports, provides, supplies, distributes, sells, or offers to sell infringes any asserted claim of the patents-in-suit.

21. IBM has neither contributed to, nor induced another party's infringement of, any asserted claim of the patents-in-suit.

22. IBM has not infringed and does not infringe any asserted claim of the patents-in-suit.

### THIRD AFFIRMATIVE DEFENSE
### (Invalidity)

23. Each asserted claim of each of the patents-in-suit is invalid under Title 35 of the United States Code, including but not limited to 35 U.S.C. §§ 101, 102, 103, 112, 133, 200 *et seq.*, and 301 *et seq.*

00889.52091/5128635.1

-3- Case No. 5:12-cv-05546-LHK

DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765

### FOURTH AFFIRMATIVE DEFENSE
### (Laches)

24. Plaintiff's claims against IBM regarding the '868 and '765 patents are barred, in whole or in part, by the doctrine of laches.

### FIFTH AFFIRMATIVE DEFENSE
### (Prosecution History Estoppel and Disclaimer)

25. Plaintiff is estopped from asserting its infringement claims against IBM under the doctrines of prosecution history estoppel and/or prosecution disclaimer.

### SIXTH AFFIRMATIVE DEFENSE
### (35 U.S.C. § 286)

26. Plaintiff's claims for damages are limited by 28 U.S.C. § 286.

### SEVENTH AFFIRMATIVE DEFENSE
### (Nonstatutory Double Patenting)

27. One or more of the asserted claims is invalid because of the judicially created doctrine of obviousness-type double patenting.

### IBM'S COUNTERCLAIMS

28. As counterclaims against SoftVault, IBM alleges as follows:

### JURISDICTION AND VENUE

29. These counterclaims are for declaratory judgment pursuant to 28 U.S.C. §§ 2201 and 2202. The Court has jurisdiction over these counterclaims as a controversy exists by virtue of Plaintiff's claims recited in its Complaint.

30. These counterclaims arise under the United States Patent Laws, 35 U.S.C. §§ 101, 102, 103, 112, 133, 200 *et seq.*, and 300 *et seq.* The court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1400(b).

31. This Court has personal jurisdiction over SoftVault on the basis that SoftVault has submitted itself to the Court's jurisdiction by filing its Complaint in this Court. The exercise of jurisdiction over SoftVault would be reasonable.

32. SoftVault has admitted that venue is proper in this Judicial District.

## THE PARTIES

33. International Business Machines Corporation is a New York corporation with its principal place of business at 1 New Orchard Road, Armonk, New York 10504.

34. In its Complaint, SoftVault purports to be a Washington corporation with its principal place of business in the State of Washington.

## FIRST COUNTERCLAIM
### (Declaratory Judgment of Invalidity of the '868 Patent)

35. IBM incorporates by reference the responses and allegations set forth in paragraphs 1 - 34 of this Answer and Counterclaims.

36. The '868 Patent is invalid for failure to comply with the requirements of Title 35 of the U.S. Code, including at least 35 U.S.C. §§ 101, 102, 103, 112, 133, 200 *et seq.*, and 301 *et seq.*

37. IBM seeks a judgment declaring that the claims of the '868 Patent are invalid.

## SECOND COUNTERCLAIM
### (Declaratory Judgment of Invalidity of the '765 Patent)

38. IBM incorporates by reference the responses and allegations set forth in paragraphs 1 - 37 of this Answer and Counterclaims.

39. The '765 Patent is invalid for failure to comply with the requirements of Title 35 of the U.S. Code, including at least 35 U.S.C. §§ 101, 102, 103, 112, 133, 200 *et seq.*, and 301 *et seq.*

40. IBM seeks a judgment declaring that the claims of the '765 Patent are invalid.

## THIRD COUNTERCLAIM
### (Declaratory Judgment of Non-infringement of the '868 Patent)

41. IBM incorporates by reference the responses and allegations set forth in paragraphs 1 - 40 of this Answer and Counterclaims.

42. No product IBM manufactures, makes, has made, uses, practices, imports, supports, provides, supplies, distributes, sells, or offers to sell infringes the '868 Patent.

43. IBM has neither contributed to, nor induced, another party's infringement of the '868 Patent.

44. IBM seeks a judgment declaring that the claims of the '868 Patent are not, and have not been, infringed by IBM.

00889.52091/5128635.1

-5-   Case No. 5:12-cv-05546-LHK

DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765

## FOURTH COUNTERCLAIM
### (Declaratory Judgment of Non-infringement of the '765 Patent)

45. IBM incorporates by reference the responses and allegations set forth in paragraphs 1 - 44 of this Answer and Counterclaims.

46. No product IBM manufactures, makes, has made, uses, practices, imports, supports, provides, supplies, distributes, sells, or offers to sell infringes the '765 Patent.

47. IBM has neither contributed to, nor induced, another party's infringement of the '765 Patent.

48. IBM seeks a judgment declaring that the claims of the '765 Patent are not, and have not been, infringed by IBM.

## PRAYER FOR RELIEF

WHEREFORE, IBM prays for judgment and relief as follows:

A. Declaring that the '868 Patent is invalid;

B. Declaring that the '765 Patent is invalid;

C. Entering judgment that the asserted claims of the '868 Patent are not infringed, either directly or indirectly, by IBM and that Plaintiff is not entitled to damages or injunctive relief;

D. Entering judgment that the asserted claims of the '765 Patent are not infringed, either directly or indirectly, by IBM and that Plaintiff is not entitled to damages or injunctive relief;

E. Permanently enjoining Plaintiff from asserting against IBM any claim of patent infringement with respect to the '868 Patent;

F. Permanently enjoining Plaintiff from asserting against IBM any claim of patent infringement with respect to the '765 Patent;

G. Entering judgment that this is an exceptional case under 35 U.S.C. § 285 and awarding IBM its costs and attorneys' fees; and

H. Awarding IBM such further and additional relief as the Court deems just and proper.

00889.52091/5128635.1

-6-   Case No. 5:12-cv-05546-LHK

DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765

**JURY DEMAND**

IBM demands a jury trial on all matters so triable.

DATED: January 11, 2013

Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Michael Powell*
  Michael D. Powell
  Robert W. Stone
  Attorneys for International Business Machines Corporation

00889.52091/5128635.1

-7-   Case No. 5:12-cv-05546-LHK
DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765

# CERTIFICATE OF SERVICE

The undersigned certifies that **DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6,249,868 AND 6,594,765** was served by email to the following counsel on January 11, 2013.

**P.J. Benedict O'Mahoney**
Terra Law LLP
177 Park Ave
3rd Floor
San Jose, CA 94113
408-299-1214
Fax: 408-998-4895
Email: bomahoney@terralaw.com

**Corby R. Vowell**
**Jonathan T. Suder**
**Todd Ian Blumenfeld**
Friedman, Suder & Cooke, PC
Tindall Square Warehouse No. 1
604 East 4th Street
Suite 200
Fort Worth, TX 76102
817-334-0400
Fax: 817-334-0401
Email: vowell@fsclaw.com
Email: jts@fsclaw.com
Email: blumenfeld@fsclaw.com

**Edward W. Goldstein** *(Pro Hac Vice)*
Goldstein & Lipski PLLC
1177 West Loop South
Suite 400
Houston, TX 77027
713-877-1515
Fax: 713-877-1145
Email: egoldstein@gliplaw.com

By: */s/ Michael Powell*
Michael D. Powell

00889.52091/5096831.2

Case No. 5:12-cv-05546-LHK
DEFENDANT INTERNATIONAL BUSINESS MACHINES CORP.'S ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS TO PLAINTIFF'S COMPLAINT FOR INFRINGEMENT OF U.S. PATENT NOS. 6.249.868 AND 6.594.765