UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SOFTVAULT SYSTEMS, INC.,

                Plaintiff(s),

v.

International Business Machines Corp.,

                Defendant(s).

Case No: 5:12cv05546LHK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Corby R. Vowell, an active member in good standing of the bar of Texas, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: SoftVault Systems, Inc. in the above-entitled action. My local co-counsel in this case is Benedict O'Mahoney, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Friedman, Suder & Cooke<br>604 East 4th St., Suite 200, Fort Worth, TX 76102 | Terra Law<br>177 Park Ave., 3rd Floor, San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (817) 334-0400 | (408) 299-1200 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| vowell@fsclaw.com | bomahoney@terralaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: TX 24031621.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 01/22/13

/s/ Corby R. Vowell
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Corby R. Vowell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 22, 2013

*Lucy H. Koh*
UNITED STATES DISTRICT/MAGISTRATE JUDGE