BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
TODD I. BLUMENFELD (*Pro Hac Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION.<br><br>Defendant. | CASE NO. 5:12-cv-05546-LHK<br><br>**SECOND JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   May 9, 2013<br>Time:   1:30 p.m.<br>Place:  Courtroom 4, 5th Floor<br>Judge:  Honorable Lucy H. Koh<br><br>**JURY TRIAL DEMANDED** |

00889.52091/5132470.1

SECOND JOINT CASE MANAGEMENT STATEMENT

Pursuant to Civil L.R. 16-9, Plaintiff SoftVault Systems Inc. ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant") jointly submit this Second Case Management Conference Statement in advance of the May 9, 2013 case management conference. The Case Management Conference Statement filed in advance of the first case management conference is incorporated by reference.

### I. Related Cases

On November 6, 2011 the Court related this case to three other actions involving the same patents: *Softvault Systems, Inc. v. Sybase, Inc.* (Case No. C 12-01099), *Softvault Systems, Inc. v. Research In Motion Corporation* (Case No. C 12-05544), and *Softvault Systems, Inc. v. Novell, Inc.* (Case No. C 12-05541). (ECF No. 9.). SoftVault has since settled its disputes with Sybase, Inc. and Research In Motion Corporation, and those cases have been dismissed. On March 13, 2013, the Court related the *Novell* case and this case to three additional cases that were recently filed by SoftVault: *Softvault Systems, Inc. v. Citrix Systems, Inc.* (Case No. C 13-0754), *Softvault Systems, Inc. v. Motive, Inc.* (Case No. C 13-0751)[1], and *Softvault Systems, Inc. v. Juniper Networks, Inc.* (Case No. C 13-0752). Each of those cases is still pending.

### II. Discovery

SoftVault and IBM have exchanged initial disclosures, and both parties have served and responded to written discovery. The deadline for IBM to serve its Invalidity Contentions is May 30, 2013.

### III. Settlement Discussions

The parties have engaged in informal settlement discussions. The parties have agreed that mediation is the preferred form of ADR. The Court has ordered the parties to mediate after a claim construction order is entered by this Court.

/
/
/
/

---

[1] SoftVault filed an Amended Complaint in the case against Motive, Inc. to name the proper legal entity, Alcatel-Lucent USA Inc.

1

**IV. Other**

The parties do not presently have any suggested changes to the Scheduling Order in place.

Dated: May 2, 2013
By: */s/ Benedict O'Mahoney*
Benedict O'Mahoney
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

By: */s/ Robert W. Stone*
Michael D. Powell

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Counsel for Defendant*
*INTERNATIONAL BUSINESS MACHINES CORPORATION*

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to General Order 45, § X.B., that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By: */s/ Robert W. Stone*
Robert W. Stone

2