BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
TODD I. BLUMENFELD (*Pro Hac Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION.<br><br>Defendant. | CASE NO. 5:12-cv-05546-LHK<br><br>**NOTICE OF SETTLEMENT**<br><br>**JURY TRIAL DEMANDED** |

1   Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant International Business
2   Machines Corporation ("Defendant") hereby file this Notice of Settlement advising the Court
3   that the parties have reached a settlement in principle and are in the process of preparing the
4   paperwork to properly memorialize their agreement. The parties expect to finalize the agreement
5   and file a Stipulation of Dismissal within thirty (30) days of this Notice.

8   Dated: June 19, 2013                By: /s/ Benedict O'Mahoney
9                                           Benedict O'Mahoney
                                            TERRA LAW
10                                          177 Park Avenue, Third Floor
                                            San Jose, California 95113
11                                          Telephone: 408-299-1200
                                            Facsimile: 408-998-4895
12                                          Email: bomahoney@terralaw.com

13                                          *Counsel for Plaintiff*
                                            *SOFTVAULT SYSTEMS, INC.*

15                                          By: /s/ Michael D. Powell
                                               Michael D. Powell

16                                          QUINN EMANUEL URQUHART &
17                                          SULLIVAN, LLP
                                              Robert W. Stone (Bar No. 163513)
                                              robertstone@quinnemanuel.com
18                                            Michael D. Powell (Bar No. 202850)
                                              mikepowell@quinnemanuel.com
19                                          555 Twin Dolphin Drive, 5th Floor
                                            Redwood Shores, California 94065-2139
20                                          Telephone:     (650) 801-5000
                                            Facsimile:     (650) 801-5100
21
22                                          *Counsel for Defendant*
                                            *INTERNATIONAL BUSINESS MACHINES*
23                                          *CORPORATION*

NOTICE OF SETTLEMENT
5:12-CV-05546-LHK

| | |
|---|---|
| 1 | **ATTORNEY ATTESTATION** |

I hereby attest, pursuant to General Order 45, § X.B., that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By: */s/* Michael D. Powell
Michael D. Powell