BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
TODD I. BLUMENFELD (*Pro Hac Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION.<br><br>Defendant. | CASE NO. 5:12-cv-05546-LHK<br><br>**NOTICE OF SETTLEMENT**<br><br>**JURY TRIAL DEMANDED** |

1  Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant International Business
2  Machines Corporation ("Defendant") hereby file this Notice of Settlement advising the Court
3  that the parties have reached a settlement in principle and are in the process of preparing the
4  paperwork to properly memorialize their agreement. The parties expect to finalize the agreement
5  and file a Stipulation of Dismissal within thirty (30) days of this Notice.

Dated:  June 19, 2013

By: */s/ Benedict O'Mahoney*
Benedict O'Mahoney
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  bomahoney@terralaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*


By: */s/ Michael D. Powell*
Michael D. Powell

QUINN EMANUEL URQUHART &
SULLIVAN, LLP
  Robert W. Stone (Bar No. 163513)
  robertstone@quinnemanuel.com
  Michael D. Powell (Bar No. 202850)
  mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:       (650) 801-5000
Facsimile:       (650) 801-5100

*Counsel for Defendant*
*INTERNATIONAL BUSINESS MACHINES*
*CORPORATION*

NOTICE OF SETTLEMENT

5:12-CV-05546-LHK

**ATTORNEY ATTESTATION**

I hereby attest, pursuant to General Order 45, § X.B., that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By: */s/* Michael D. Powell
Michael D. Powell