BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
TODD I. BLUMENFELD (*Pro Hac Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC. | CASE NO. 5:12-CV-05546-LHK |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL OF INTERNATIONAL BUSINESS MACHINES CORPORATION** |
| INTERNATIONAL BUSINESS MACHINES CORPORATION. | |
| Defendant. | **JURY TRIAL DEMANDED** |

00889.52091/5132470.1

1176763                                                    1

1  IT IS HEREBY STIPULATED AND AGREED between Plaintiff SoftVault Systems, Inc. ("Plaintiff") and Defendant International Business Machines Corporation ("Defendant"), by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff's and Defendant's respective claims and counterclaims against each other in the above-captioned action be, and hereby are dismissed WITH PREJUDICE.

Each party shall bear its own costs and attorney's fees.

Dated: July 9, 2013

By: /s/ Benedict O'Mahoney
Benedict O'Mahoney
TERRA LAW
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  bomahoney@terralaw.com

*Counsel for Plaintiff*
*SOFTVAULT SYSTEMS, INC.*

By: /s/ Michael D. Powell
Michael D. Powell

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Robert W. Stone (Bar No. 163513)
robertstone@quinnemanuel.com
Michael D. Powell (Bar No. 202850)
mikepowell@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

*Counsel for Defendant*
*INTERNATIONAL BUSINESS MACHINES CORPORATION*

### ATTORNEY ATTESTATION

I hereby attest, pursuant to General Order 45, § X.B., that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

By: /s/ Michael D. Powell
Michael D. Powell

1176763

2