BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone: 408-299-1200
Facsimile: 408-998-4895
Email: bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
TODD I. BLUMENFELD (*Pro Hac Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
Telephone: (817) 334-0400
Facsimile: (817) 334-0401
Email: jts@fsclaw.com
Email: vowell@fsclaw.com
Email: blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION.<br><br>Defendant. | CASE NO. 5:12-CV-05546-LHK<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL OF INTERNATIONAL BUSINESS MACHINES CORPORATION**<br><br>**JURY TRIAL DEMANDED** |

00889.52091/5132470.1

1176764

1

Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and Defendant International Business Machines Corporation, it is

ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault Systems, Inc. and International Business Machines Corporation against each other be, and hereby are, dismissed WITH PREJUDICE; and

ORDERED that each party shall bear its own costs and attorney's fees.

Signed this ___ day of _____, 2013

HONORABLE LUCY H. KOH  
UNITED STATES DISTRICT JUDGE