BENEDICT O'MAHONEY (Bar No.152447)
TERRA LAW LLP
177 Park Avenue, Third Floor
San Jose, California 95113
Telephone:  408-299-1200
Facsimile:  408-998-4895
Email:  bomahoney@terralaw.com

JONATHAN T. SUDER (*Pro Hac Vice Pending*)
CORBY R. VOWELL (*Pro Hac Vice Pending*)
TODD I. BLUMENFELD (*Pro Hac Pending*)
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas  76102
Telephone:  (817) 334-0400
Facsimile:  (817) 334-0401
Email:  jts@fsclaw.com
Email:  vowell@fsclaw.com
Email:  blumenfeld@fsclaw.com

Attorneys for Plaintiff
SOFTVAULT SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| SOFTVAULT SYSTEMS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION.<br><br>Defendant. | CASE NO. 5:12-CV-05546-LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION OF DISMISSAL OF INTERNATIONAL BUSINESS MACHINES CORPORATION**<br><br>**JURY TRIAL DEMANDED** |

00889.52091/5132470.1

1176764

1

1  Recognizing the Stipulation of Dismissal filed by Plaintiff SoftVault Systems, Inc. and
2  Defendant International Business Machines Corporation, it is
3  ORDERED that the claims and counterclaims asserted herein by Plaintiff SoftVault
4  Systems, Inc. and International Business Machines Corporation against each other be, and
5  hereby are, dismissed WITH PREJUDICE; and
6  ORDERED that each party shall bear its own costs and attorney's fees.
7  The Clerk shall close the file.
8  Signed this  9  day of   July   , 2013

*Lucy H. Koh*
HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

1176764                                        2